

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHONDO KARICE HILL, #201978,

    Petitioner,

v.                            CASE NO. 2:15-CV-12375
                              HONORABLE BERNARD A. FRIEDMAN

LORI GIDLEY,

    Respondent.
_____/

## ORDER OF TRANSFER

Michigan prisoner Ashondo Karice Hill ("Petitioner"), has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is confined at the Carson City Correctional Facility in Carson City, Michigan. He is challenging a decision by the Michigan Parole Board, which is based in Lansing, Michigan, to extend his parole term by one-year from May, 2009 to May, 2010. His parole was subsequently revoked and he is currently in prison.

A habeas petition submitted by a person in state custody may be filed in the district where the person is in custody or in the district where the person was convicted and sentenced. See 28 U.S.C. § 2241(d). The district in which the petitioner files his habeas petition in the exercise of its discretion and in furtherance of justice may transfer the petition to another district court for hearing and determination. Id.

Petitioner is confined in Montcalm County and is challenging a parole decision from Ingham County. Both of those counties lie in the Southern Division of the Western District of Michigan. See 28 U.S.C. § 102(b). Accordingly, in the interests of justice, the Court

exercises its discretion and transfers this case to the United States District Court for the Western District of Michigan, Southern Division.  The Court makes no determination as to the merits of the habeas petition.  The Court **ORDERS** the Clerk of the Court to transfer the court file to the United States District Court for the Western District of Michigan, Southern Division.

s/ R. Steven Whalen<br>
R. STEVEN WHALEN<br>
UNITED STATES MAGISTRATE JUDGE

Dated:  July 7, 2015